Araceli Martinez
SBN 255246
Law Offices of Araceli Martinez
P.O. Box 16563
San Diego, CA 92176-6563
Phone (619) 813-5325
Fax (619) 284-2745
aracelimartinez@cox.net

Attorney for Defendant

FILED
APR 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.: 08-MJ-00851 |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| FRANCISCO ZAGAL-GARCIA, | |
| Defendant. | |

The court and all parties are notified that Francisco Zagal-Garcia makes the following substitution: Former legal representative Lisa Kay Baughman. New legal representative: Araceli Martinez., SBN 255246, Law Offices of Araceli Martinez., whose address is P.O. Box 16563 San Diego, CA 92176-6563 and phone number (619) 813-5325.

Francisco Zagal-Garcia hereby consents to this substitution.

DATED:                                    _____
                                          Francisco Zagal-Garcia

Former legal representative, Lisa Kay Baughman, hereby consents to this substitution.

DATED:

_____
Lisa Kay Baughman, Esq.

New legal representative hereby consents to this substitution.

DATED:

_____
Araceli Martinez, Esq.

| | |
|---|---|
| 1 | |
| 2 | DATED: |
| 3 | _____ |
|   | Lisa Kay Baughman, Esq. |

New legal representative hereby consents to this substitution.

DATED: _____
Araceli Martinez, Esq.