

1
2
3
4
5
6
7        UNITED STATES DISTRICT COURT
8        SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9 UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1146-BTM |
| | ) | |
| 10  Plaintiff, | ) | **I N F O R M A T I O N** |
| | ) | |
| 11  v. | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Misdemeanor); |
| 12 FRANCISCO ANTONIO ZAGAL-GARCIA, | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony) |
| 13  Defendant. | ) | |
| | ) | |

15    The United States Attorney charges:

16                    Count 1

17    On or about   3/16/08   , within the Southern
18 District of California, defendant FRANCISCO ANTONIO ZAGAL-GARCIA,
19 being an alien, unlawfully entered or attempted to enter the United
20 States at a time and place other than as designated by immigration
21 officers, and eluded examination and inspection by immigration
22 officers, and attempted to enter or obtained entry to the United
23 States by a willfully false or misleading representation or the
24 willful concealment of a material fact; in violation of Title 8,
25 United States Code, Section 1325, a misdemeanor.
26 //
27 //
28 //

JDM:mg:San Diego
3/21/08

<u>Count 2</u>

On or about March 17, 2008, within the Southern District of California, defendant FRANCISCO ANTONIO ZAGAL-GARCIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 4/15/08

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney